# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:26-CR-00002(1)-ADA |
| | § | |
| (1) MICHAEL SAMUEL BROWN | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 9, 2026, wherein the defendant (1) MICHAEL SAMUEL BROWN waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MICHAEL SAMUEL BROWN to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) MICHAEL SAMUEL BROWN's plea of guilty to Count One (1) is accepted.

Signed this 27th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE